# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| **STATE OF DELAWARE,** | ) | |
| | ) | |
| **v.** | ) | **I.D.: 2508009433** |
| | ) | |
| **TYRON L. CHAMBERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Submitted: June 16, 2026
Decided: June 22, 2026

## <u>ORDER</u>
*Upon Consideration of Defendant's Motion for Sentence Reduction*

## DENIED

Upon consideration of Defendant, Tyron L. Chambers', Motion for Sentence Reduction, it appears to the Court that:

1.  Defendant Tyron L. Chambers filed the instant Motion for Sentence Reduction on June 16, 2026. Defendant asks this Court to modify his sentence based on the following factors: rehabilitative efforts; program and education advancements; employment availability; and stable living environment. In this motion Defendant seeks to reduce his Level V time from 2 years to 18 months.

2.  On March 16, 2026, Defendant pled guilty to Possession of Ammunition by a Person Prohibited. As part of the plea, the parties recommended 2 years at Level V, which the Court accepted.

3. On March 16, 2026, this Court sentenced Chambers to 2 years at Level V followed by decreasing levels of probation.

4. Under Superior Court Criminal Rule 35(b), "[t]he court may reduce a sentence of imprisonment on a motion made within 90 days after the sentence is imposed."[1] If the motion is filed later than 90 days after imposition of the sentence, the Court will only consider the motion "in extraordinary circumstances."[2] The Court may consider a sentence reduction motion "without presentation, hearing, or argument."[3]

5. Defendant's sentence was imposed on March 16, 2026, and Defendant filed the instant Motion on June 16, 2026. Therefore, Defendant complies with the 90-day filing period required by Rule 35(b).

6. After careful review of Defendant's Motion, the entire record of the case, and all sentencing information provided, including the parties joint recommendation of 2 years at Level V at the time of sentencing, the Court remains convinced that the sentence imposed was appropriate under the circumstances and should not be modified.

---

[1] Del. Super. Ct. Crim. R. 35(b).
[2] *Id.*
[3] *Id.*

**IT IS SO ORDERED** that your motion for reduction or modification of sentence is **DENIED**.

_/s/ Francis J. Jones, Jr._
Francis J. Jones, Jr., Judge

cc:     _Original to Prothonotary_
        Mr. Tyron L. Chambers, SBI 00582469, HRYCI
        Nicoli T. Goncalves, Deputy Attorney General
        Darryl J. Rago, Assistant Public Defender